SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Balyog Singh Sandhu, et al<br><br>　　　　Defendants | Case No. **2:12-cv-00726-KJM-GGH**<br><br>**PROPOSED ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

　　　IT IS HEREBY ORDERED THAT the parties shall have the status conference continued for sixty (60) days until October 4, 2012, at 1:30 p.m.

Date: July 24, 2012

　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　U.S. Magistrate Judge

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-12-cv-00726-KJM-GGH - 1