SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-00726-KJM-GGH** |
| Plaintiff, | **PROPOSED ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| Balyog Singh Sandhu, et al | |
| Defendants | |

    IT IS HEREBY ORDERED THAT the parties shall have the status conference continued for sixty (60) days until October 4, 2012, at 1:30 p.m.

Date: July 24, 2012

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-12-cv-00726-KJM-GGH - 1